WR-83,783-01

WR-83,783-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/3/2015 1:48:05 PM
Accepted 9/3/2015 2:11:08 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

RECEIVED
~~COURT OF CRIMINAL~~ APPEALS
9/3/2015
ABEL ACOSTA, CLERK

IN RE THOMAS ALLEN SIMON, Relator

---

ON APPLICATION FOR A WRIT OF MANDAMUS
IN CAUSE NO. 42908 IN THE 424TH DISTRICT COURT
FROM BURNET COUNTY

---

### *MOTION FOR TRANSFER OF RECORD*
By Hon. Wiley B. "Sonny" McAfee, District Attorney
Real Party in Interest

---

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725, Llano, Texas 78643
Telephone        Telecopier
(325) 247-5755     (325) 247-5274
g.bunyard@co.llano.tx.us

By: Gary W. Bunyard
    Assistant District Attorney
    State Bar No. 03353500
    ATTORNEY FOR REAL PARTY IN INTEREST
    WILEY B. "SONNY" McAFEE, DISTRICT ATTORNEY

September 3, 2015

TO THE HONORABLE JUDGES OF SAID COURT:

The pleading for relief in this action was filed with this Court following the denial of relief in the Third District Court of Appeals on August 25, 2015. The prior proceeding was docketed as No. 03-15-00500-CV. The reporter's record of the proceeding on which the petition for mandamus is based was filed with the Clerk of the Third District Court of Appeals under said case number, however, said record was ordered to be sealed.

The Response which is being filed by the Real Party in Interest, Mr. Wiley B. "Sonny" McAfee, contemporaneously with this Motion has multiple references to said record. This reporter's record will be necessary for this Court to make a full and complete determination of the merits of the pleadings for or against relief.

The undersigned counsel for Real Party in Interest, Mr. Wiley B. "Sonny" McAfee, requests that this Court order the Clerk of the Third District Court of Appeals to transfer said reporter's record filed in case number 03-15-00500-CV to the Clerk of this Court for filing in this cause.

## *Prayer For Relief*

Wherefore, the undersigned prays the Court grant this motion and direct the Clerk of the Third District Court of Appeals to transfer the reporter's record filed in case number 03-15-00500-CV to the Clerk of this Court.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone     Telecopier
(325) 247-5755     (325) 247-5274

By: _____
    Gary W. Bunyard
    Assistant District Attorney
    State Bar No. 03353500
    g.bunyard@co.llano.tx.us
ATTORNEY FOR REAL PARTY IN INTEREST
WILEY B. "SONNY" McAFEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of this motion contains 208 words printed in Aldine401 BT 14 font as determined by the WordPerfect X7© word count tool.

_____
Gary W. Bunyard
Assistant District Attorney

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded by EServe and by email on the 3rd day of September 2015, to Mr. Tracy D. Cluck, Attorney for Relator, at tracy@tracyclucklaw.com, and by EServe .

Gary W. Bunyard
Assistant District Attorney